In re DENNING. (Circuit Court of Appeals, Seventh Circuit. October 3, 1899.) No. 636. Docketed and dismissed, pursuant to the sixteenth rule.

---

Ex parte DICKERSON.[1] (Circuit Court of Appeals, Fourth Circuit. November 10, 1899.) No. 342. Petition for mandamus to settle bills of exceptions. Charles A. Moore, for petitioner. Petition dismissed.

---

ELECTRIC CAR CO. OF AMERICA v. HARTFORD & W. H. R. CO. (Circuit Court of Appeals, Second Circuit. October 27, 1898.) No. 75. Appeal from the Circuit Court of the United States for the District of Connecticut. Frederick H. Betts, for appellant. Charles E. Mitchell, for appellee. Dismissed by consent, pursuant to the twentieth rule.

---

E. S. GREELY CO. et al. v. SANDS. (Circuit Court of Appeals, Second Circuit. April 18, 1898.) Appeal from the Circuit Court of the United States for the Southern District of New York. Eaton & Lewis, for appellants. Lockwood & Hill, for appellee. Dismissed on consent, pursuant to the twentieth rule. See 31 C. C. A. 424, 88 Fed. 130.

---

FAYERWEATHER v. RITCH et al. (Circuit Court of Appeals, Second Circuit. October 26, 1898.) Appeal from the Circuit Court of the United States for the Southern District of New York. Roger M. Sherman, for appellant. William B. Hornblower and Howard A. Taylor, for appellees. Dismissed on motion of appellee. See (C. C.) 94 Fed. 1021.

---

FENTON METALLIC MFG. CO. v. CHASE. (Circuit Court of Appeals, Second Circuit. November 21, 1898.) No. 65. Appeal from the Circuit Court of the United States for the Southern District of New York. Dickerson & Brown, for appellant. Kerr, Curtis & Page, for appellees. Dismissed on consent.

---

GOURD et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. October 27, 1898.) Appeal from the Circuit Court of the United States for the Southern District of New York. Hartley & Coleman, for appellants. Henry L. Burnett, U. S. Atty. Dismissed on consent.

---

HAWKINS v. STATE LOAN & TRUST CO. (Circuit Court of Appeals, Ninth Circuit. October 2, 1899.) No. 535. In Error to the Circuit Court of the United States for the Southern District of California. John W. Kern and Dillon & Dunning, for plaintiff in error. W. P. Gardiner and Willoughby Rodman, for defendant in error. Dismissed, at cost of plaintiff in error. See (C. C.) 79 Fed. 50.

---

HILE v. KANSAS & T. COAL CO. (Circuit Court of Appeals, Eighth Circuit. May 9, 1899.) No. 1,165. In Error to the Circuit Court of the United States for the Western District of Arkansas. T. P. Winchester, for plaintiff in error. Adiel Sherwood, for defendant in error. No opinion. Affirmed, with costs, on motion of the defendant in error.

[1] Rehearing denied November 18, 1899.